DIANA RUTOWSKI (SBN 233878)
drutowski@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1 650-614-7685
Facsimile: +1 650-614-7401

DAVID P. FUAD (SBN 265193)
dfuad@orrick.com
Orrick, Herrington & Sutcliffe LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213-629-2369
Facsimile: +1 213-612-2499

*Attorneys for Defendant*
Aghanim Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XSOLLA (USA), INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGHANIM INC., a Delaware Corporation, et al.,<br><br>Defendants. | Case No. 2:24-cv-02116-ODW-AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AGHANIM INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (b)(6)**<br><br>Date: June 3, 2024<br>Time: 1:30pm<br>Place: Courtroom 5D, 5th Floor, First Street Courthouse<br>Judge: Hon. Otis D. Wright II |

1  Good cause having been shown, the Court hereby GRANTS Defendant
2  Aghanim Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to
3  Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.
4      **IT IS HEREBY ORDERED** that the First Amended Complaint in this case
5  is dismissed with prejudice.
6      **IT IS SO ORDERED.**

8  Dated: _____, 2024      _____
    HONORABLE OTIS D. WRIGHT, II
9      United States District Court Judge